680

No. 754. Wallace, Secretary of Agriculture, et al. v. Board of Trade of Chicago; and

No. 755. Farmers National Grain Corp. v. Same. March 5, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Solicitor General Biggs for petitioner in No. 754. Messrs. Carl Meyer and Irving B. Goldsmith for petitioner in No. 755. Messrs. Weymouth Kirkland and Howard Ellis for respondent.

No. 758. Baltimore & Ohio R. Co. v. Zahrobsky. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Messrs. George W. P. Whip and Duncan K. Brent for petitioner. Mr. George Forbes for respondent.

No. 761. Peerless Motor Car Corp. v. Taylor. March 5, 1934. Petition for writ of certiorari to the Supreme Court of Ohio denied. Mr. Robert M. Calfee for petitioner. Mr. Paul Lamb for respondent.

No. 764. Centmont Corp. v. Marsch. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. Mr. Walter A. Dane for petitioner. No appearance for respondent.

No. 765. Union National Bank of Pittsburgh et al., Trustees, v. Fidelity Trust Co., Administrator. March 5, 1934. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. Messrs. Louis Titus

and *H. Fred Mercer* for petitioners. *Messrs. William Watson Smith* and *William H. Eckert* for respondent.

No. 770. COLUMBIAN NATIONAL LIFE INSURANCE CO. *v.* HALSBAND. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Claude R. Branch, Frederick H. Nash,* and *Eli J. Blair* for petitioner. *Mr. Horace L. Cheyney* for respondent.

No. 777. MILLER *v.* VAN ZANDT, RECEIVER. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William R. Watkins* for petitioner. No appearance for respondent.

No. 827. GOLDSMITH *v.* UNITED STATES. March 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. H. Ely Goldsmith, pro se.* No appearance for the United States.

No. 388. ALLEN *v.* CONNECTICUT GENERAL LIFE INSURANCE CO. March 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Francis A. Brogan, Alfred G. Ellick,* and *Dana B. Van Dusen* for petitioner. *Mr. J. A. C. Kennedy* for respondent.

No. 743. COLE *v.* VAN HORN, SHERIFF; and
No. 744. STEBBINS *v.* SAME. March 12, 1934. Petition for writs of certiorari to the Circuit Court of Appeals